UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIO OCHOA and TENNESSEE INSURANCE PROFESSIONALS, LLC, <br><br>　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY And ERIC HARVEY,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3-11-0233<br>)<br>) JUDGE TRAUGER<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Maria Ochoa, Tennessee Insurance Professionals, LLC, Allstate Insurance Company and Eric Harvey, hereby state that they have settled and resolved all matters between them in this matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between all parties, through their respective counsel, that this action is hereby DISMISSED WITH PREJUDICE. Each party is to pay its own costs and attorney fees.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　 /s/Andrea McKellar (by JCH w/permission)
　　　　　　　　　　　　　　　　Andrea McKellar
　　　　　　　　　　　　　　　　MCKELLAR LAW
　　　　　　　　　　　　　　　　201 4th Ave. N., Suite 1130
　　　　　　　　　　　　　　　　Nashville, Tennessee 37201
　　　　　　　　　　　　　　　　(615) 567-5794

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Mario Ochoa and*
　　　　　　　　　　　　　　　　*Tennessee Insurance Professionals, LLC*

/s/John C. Hayworth
John C. Hayworth (#16133)
Andrew J. Ross (#28350)
WALKER, TIPPS & MALONE PLC
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 313-6000

and admitted *pro hac vice*:

Robert G. Lian, Jr., (VA Bar No. 36406)
Laurence A. Benenson (CA Bar No. 246403)
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
E-mail: blian@akingump.com
         lbenenson@akingump.com

*Counsel for Defendants Allstate Insurance Company and Eric Harvey*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 14, 2012, a true and correct copy of the foregoing was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on all counsel listed below:

                              Andrea McKellar
                              MCKELLAR LAW
                              201 4th Ave. N., Suite 1130
                              Nashville, Tennessee 37201


                              /s/ John C. Hayworth